UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ROBERT KUHS,<br><br>        Plaintiff,<br>   vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 10-7061 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED. Judgment shall be entered in favor of Defendant.

DATE: July 12, 2011

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE